IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
APR 2 5 2024
IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:23CR00083-09 BSM |
| | ) | |
| SHELTON COLE GRAHAM | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

From in or about June 2022, and continuing until on or about March 15, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

**SHELTON COLE GRAHAM,**

voluntarily and intentionally conspired with Amethyst Schmued and other persons known and unknown, to knowingly and intentionally possess with intent to distribute and to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and 846.

### COUNT 2

On or about January 10, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

**SHELTON COLE GRAHAM,**

knowingly conducted and attempted to conduct a financial transaction affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute fentanyl in violation of Title 21, United States Code, Section 846, (1) with the intent to promote the carrying on of such specified unlawful activity, and

(2) knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in that on or about January 10, 2023, SHELTON COLE GRAHAM did rent a room at the El Rancho Motel in Little Rock, Arkansas for the purpose of promoting drug trafficking activity, in violation of Title 18, United States Code, Section 1956(a)(1).

JONATHAN D. ROSS
United States Attorney

_____
ANNE E. GARDNER
Assistant U.S. Attorney
Bar No. 2023055
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov